United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MERTCAN USTUN, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01865 |
| | § | |
| TODD LYONS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER FOR A STATUS UPDATE

A recent search for the petitioner on the ICE Locator website suggests that he may no longer be in custody.[1]

Therefore, the Court **ORDERS** the parties to submit an advisory, **within fourteen (14) days of the date of this Order**, regarding the status of this case and whether this case may be dismissed and/or whether there is any significant likelihood that the petitioner will be removed in the reasonably foreseeable future.

The Clerk shall send this Order to parties.

SIGNED this 27th day of October 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

[1] The Court does not rely on the ICE Locator website as a definitive source for immigration information, but the absence of petitioner on the Locator raises a question regarding whether the petitioner is still in custody. *See* ICE Locator website, *available at* https://locator.ice.gov/odls/#/search, last visited on Oct. 22, 2026.